# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---

Jillian Oresky-Weston,

Plaintiff,

-against-

Trans Union LLC a/k/a TransUnion; Experian Information Solutions, Inc.; Equifax Information Services LLC,

Defendants.

---

Index No.: 604139/2026

**SUMMONS**

**TO THE ABOVE-NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with this Summons, to serve a notice of appearance, on the Plaintiff's attorneys within twenty (20) days after the service of this Summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

**VENUE:** Plaintiff designates Nassau County as the place of trial. The basis of this venue designation is the county in which Plaintiff resides.

Dated: Brooklyn, New York
February 25, 2026

**PETROFF AMSHEN LLP**
*Attorneys for Plaintiff,*
Jillian Oresky-Weston

*/s/ Serge F. Petroff*

Serge F. Petroff, Esq.
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
Telephone: (718) 336-4200
Email: spetroff@petroffamshen.com

1

Case 2:26-cv-01640-LDH-LGD   Document 1-2   Filed 03/19/26   Page 3 of 3 PageID #: 10

To:   **TRANS UNION LLC a/k/a TRANSUNION**
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, New York 12207

**EXPERIAN INFORMATION SOLUTIONS, INC.**
c/o CT Corporation System
28 Liberty Street
New York, New York 10005

**EQUIFAX INFORMATION SERVICES LLC**
c/o Corporation Service Company
80 State Street
Albany, New York 12207

2